■ CHARLES W. CHRISTMAN, Appellant, v. STANLEY EISENBERG, Respondent. — Judgment of the Supreme Court, Westchester County, entered September 2, 1965, in favor of plaintiff upon a jury verdict, reversed, on the law and the facts, with costs to abide the event, and new trial granted only on the issue of damages. In our opinion, under all the circumstances, the amount of the

verdict was inadequate. Beldock, P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.